```
 1  ALEXIS WILSON BRIGGS, SBN #251688
    506 Broadway
 2  San Francisco CA 94133
    Telephone: 415/986-5591
 3  email: Alexis@Pier5Law.com

 4  Attorney for Defendant,
    CHRISTOPHER QUANG VO
 5

 6

 7                    UNITED STATES DISTRICT COURT

 8                   NORTHERN DISTRICT OF CALIFORNIA

 9                         SAN JOSE DIVISION

10
    UNITED STATES OF AMERICA,    11-CR-00471-DLJ
11
              Plaintiff,
12
       v.                        DEFENDANT CHRISTOPHER VO'S STATUS
13                               CONFERENCE STATEMENT
    CHRISTOPHER QUANG VO,
14
              Defendant.
15  _____/
```

16    Defendant Christopher Vo, by and through his attorney
17 Alexis Wilson Briggs, submits the following for the Court's
18 consideration at the status conference in the above matter,
19 currently set for October 31, 2013, at 9:00 a.m.

20    Since May 13, 2013, the parties have been engaged in
21 negotiating a global settlement of this case. Mr. Vo was hopeful
22 that the parties would be able to resolve this matter through
23 plea agreements. On October 31, 2013, attorneys for the
24 government provided counsel with a draft plea agreement which
25 Mr. Vo is prepared to sign and submit to the court on October
26 31, 2013.

27    The U.S. Marshall has arranged for Mr. Vo's travel and
28 ticket information has been transmitted. Mr. Vo is expected to
   personally appear before the court.

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

In addition to the issues raised by counsel for co-defendants in their status statements, counsel for Mr. Vo wishes to make the court aware that she will be unavailable beginning November 7, 2013, until March 2014. She will be on maternity leave during that time, an interruption that she hoped would be unnecessary due to the expectation of resolution. Although co-counsel may appear during that time for status conferences and other, Mr. Vo accepted Ms. Briggs and Mr. Bentley with the understanding that Ms. Briggs would be lead attorney and litigate any substantive issues given her experience with federal matters including service on the Eastern District of California CJA Panel.

In addition to the maternity leave discussed above, Ms. Briggs is has a four defendant jury trial scheduled to take place throughout March, therefore counsel will be unavailable to resume pretrial motions and trial preparation until the end of April, at the earliest, to allow sufficient time to draft any appropriate pretrial motions.[1] The court should also be aware that another trial, a multiple-defendant murder trial, is schedule for both Mr. Bentley and Ms. Briggs for June 2 through July 11, 2014.

Dated: October 29, 2013            Respectfully submitted,

    /s/ ALEXIS WILSON BRIGGS
ALEXIS WILSON BRIGGS
Attorney for Defendant
CHRISTOPHER QUANG VO

---

[1] Preparation of motions was suspended by mutual agreement of the parties during settlement discussions.