| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYBN 2040855)<br>HANLEY CHEW (CABN 189985) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Blvd., 9th Floor<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5042<br>Facsimile: (408) 535-5066 |
| 8 | matthew.parrella@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 11-00471 DLJ |
| Plaintiff, | ) | |
| | ) | [] ORDER REGARDING RETURN OF |
| | ) | THE COMPUTERS AND ELECTRONIC DEVICES |
| v. | ) | CURRENTLY IN THE CUSTODY OF THE |
| | ) | COURT |
| DENNIS COLLINS, CHRISTOPHER COOPER, JOSHUA JOHN COVELLI, KEITH DOWNEY, MERCEDES HAEFER, DONALD HUSBAND, VINCENT KERSHAW, ETHAN MILES, JAMES MURPHY, DREW ALLAN PHILLIPS, JEFFREY PUGLISI, DANIEL SULLIVAN, TRACY ANN VALENZUELA, AND CHRISTOPHER VO, | ) | |
| Defendants. | ) | |

On or about October 11, 2012, the Court ordered the government to surrender to the Court all the computers and hard drives in the government's possession belonging to the defendants in this case. The Court held that it would be responsible for preserving the evidence in this case in the event that the case went to trial. The government promptly complied with the Court's order. The Court retained possession of the computers and hard drives since that time.

1    On or about December 5, 2013, all of the defendant in this case, other than Dennis Collins, pled
2 guilty to either conspiracy to commit intentional damage to a protected computer, in violation of 18
3 U.S.C. § 1030(b); intentional damage to a protected computer, in violation of 18 U.S.C.
4 § 1030(a)(5)(A); or reckless damage to a protected computer, in violation of 18 U.S.C. § 1030(a)(5)(B).
5 The Court initially scheduled the sentencings for the defendants that pled guilty on December 5, 2014.
6 On or about October 6, 2014, the Court advanced the sentencing for the defendants who pled guilty to
7 October 30, 3014.

8    Because this case will be resolved as to all defendants other than Dennis Collins, the Court finds
9 that the necessity of preserving the evidence in this case, other than the evidence as to Dennis Collins,
10 no longer exists, and the Court need not retain the computers and hard drives currently in its possession.
11 Therefore, IT IS ORDERED that the computers and hard drives currently in the Court's possession
12 (other than the computer and hard drives belonging to Dennis Collins) will be turned over to the
13 government on October 30, 2014.  IT IS FURTHER ORDERED that defendants will have thirty (30)
14 days from the date of this order to request the return of their computers and hard drives, and that the
15 government will have an additional thirty (30) days to return these items.  In the event that defendants
16 fail to request the return of their computers and hard drives within thirty (30) days of this order, this
17 property will be considered abandoned and the government will have the authority to destroy these
18 items.

21 DATED: _____            _____
22                                    HON. D. LOWELL JENSEN
                                      United States District Judge

ORDER RE RETURN OF COMPUTERS AND HARD DRIVES
Case No. CR 11-00471 DLJ