**FILED**

NOV 18 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. 11-0471-DLJ |
| Plaintiff, | |
| v. | Clerk's Notice Return of Items to Custody of Federal Bureau of Investigation |
| DENNIS COLLINS, et al., | |
| Defendant(s). | |

Pursuant to the Order Regarding Return of the Computers and Electronic Devices Currently in the Custody of the Court, filed on November 6, 2014, the items listed on the attached property list, File #288A-SF-147136, will be returned this date to the custody of the Federal Bureau of Investigation (other than the computer and hard drives belonging to Dennis Collins.)

Dated: November 18, 2014

FOR THE COURT,
Richard W. Wieking, Clerk

by: ___Snooki Puli___
Snooki Puli
Deputy Deputy

Received by Andrew Kanetzke, FBI Agent

___/s/___ Date: 11/18/14
Signature

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 288A-SF-147136

On (date) November 26, 2012

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) Snooki & Pui

(Street Address) 280 South First Street

(City) San Jose, CA

Description of Item(s): See attached list of Ultrium tapes and images being turned over to court pursuant to order in 5:11-cr-00471-DLJ (1 of 1).

Received By: Snooki Pui (Signature)
Received From: Melanie Cole (Signature)

| Defendant | Evidence Number | Ultrium Tapes and Image Description | SVRCFL Case |
|---|---|---|---|
| Dennis Collins | 1B172 | One Western Digital HD SN WMATV3163229 containing image of 1B157 | SV-11-0014-6 |
| Christopher Cooper | 1B175 | One Seagate Hard Drive SN 9V1MWMP containing images of 1B150 and 1B167 | SV-11-0014-18 |
| Joshua Covelli | 1B18 | One Pink sealed bag (SVE032816) containing 4 Ultrium tapes (SVE032150, SVE032784, SVE032803, SVE032815) - Images of 1B4, 1B8, & 1B9 | SV-11-0044 |
| Keith Downey | 1B355 | One Pink Sealed bag (SVE033583) containing 5 ultrium tapes (SVE033574, SVE033576, SVE033578, SVE033580, SVE033582) - Images of 1B25 and 1B26. | SV-11-0014-25 |
| Mercedes Haefer | 1B174 | One Samsung Hard Drive SN S2H7JD2B106462 containing images of 1B94 and 1B99 | SV-11-0014-9 |
| Donald Husband | 1B356 | One Sealed Pink Bag (SVE033179) containing 3 ultrium tapes (SVE033171, SVE033172, SVE033173) - Image of 1B100 | SV-11-0014-19 |
| Ethan Miles | 1B354 | One Pink Sealed Bag (SVE033602) containing 1 Ultrium Tape (SVE033585) - Image of 1B42 | SV-14-0014-24 |
| James Murphy | 1B353 | One Sealed Pink Bag (SVE033707) containing 1 Ultrium Tape (SVE033705) - Image of 1B152 now 1B348 | SV-11-0014-22 |
| Drew Philips | 1B352 | One Pink Sealed Bag (SVE033456) containing 1 ultrium tape (SVE033455) - Image of 1B113 | SV-11-0014-20 |
| Jeffrey Puglisi | 1B350 | One Pink Sealed Bag (SVE032925) containing 1 ultrium tape (SVE032924) - Image of 1B78 | SV-11-0014-15 |
| Daniel Sullivan | 1B166 | One Hard Drive containing images of 1B10 and 1B12 | SV-11-0014-8 |
| Daniel Sullivan | 1B357 | One Pink Sealed bag (SVE032992) containing 4 Ultrium tapes (SVE032938, SVE032939, SVE032940, & SVE032941) - Images of 1B10 and 1B12 | SV-11-0014-8 |
| Tracy Valenzuela | 1B351 | One Pink Sealed Bag (SVE032242) containing 1 Ultrium Tape (SVE032241) - Image of 1B16 | SV-11-0014-2 |
| Christopher Vo | 1B349 | One Pink Sealed Bage (SVE033717) containing 2 Ultrium Tapes (SVE033572 & SVE033622) - Image of 1B68 | SV-11-0014-5 |

FD-597 (Rev 8-11-94)                                                                of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 288A-SF-147136

On (date) December 2, 2012

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [X] Released To
- [ ] Seized

(Name) Snooki R. Puli, Supervisor
(Street Address) 280 South First Street
(City) San Jose, CA

Description of Item(s): See attached list of items being turned over to court pursuant to court order in 5:11CR-00471-DLJ (Page 1 of 1)

Received By: _____(Signature)_____   Received From: _____(Signature)_____

| Defendant | Evidence Number | Description | SVRCFL Case |
|---|---|---|---|
| Vincent Kershaw | 1B233 | Western Digital hard Drive 250 GB WD2500BB-00GUA0 - Contains CONTRABAND & Evidence on it | SV-11-0203-7 |
| Vincent Kershaw | 1B337 | Two Western Digital hard Drives SN WCAZA8620821 & WCAZA8621615 containing images of 1B231-1B236, 1B238, 1B239 (Note: 1B233 Contains CONTRABAND) | SV-11-0203-7 |