# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

**RECEIVED**
MAY 7 - 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

On (date) 11/18/2014

item(s) listed below were:
- [X] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Snook: Puli
(Street Address) 280 South First Street
(City) San Jose, CA

Description of Item(s): See attached list of items being returned to the FBI from the court

Received By: _____(Signature)_____
Received From: _____(Signature)_____

| Defendant | Evidence Number | Description |
|---|---|---|
| Joshua Covelli | 1B18 | (U) SV-11-0044: ONE(1) SEALED PINK PLASTIC BAG # SVE032816 SAID TO CONTAINS 4 ULTRIUM TAPES (SVE032150, SVE032784, SVE032803 AND SVE032815 - IMAGE OF 1B4, 1B8 AND 1B9). |

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 11/18/2014

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Snook, Puli

(Street Address) 280 South First Street

(City) San Jose, CA

Description of Item(s): See attached list of items being returned to the FBI from the court

Received By: _____ (Signature)

Received From: _____ (Signature)

| Defendant | Evidence Number | Description |
|---|---|---|
| Daniel Sullivan | 1B357 | (U) SV-11-0014-8: ONE(1) SEALED PINK PLASTIC BAG # SVE032992 SAID TO CONTAIN 4 ULTRIUM TAPSE (SVE032938, SVE032939, SVE032940 AND SVE032941 - IMAGES OF 1B10 + 1B12). |
| Donald Husband | 1B356 | (U) SV-11-0014-19: ONE(1) SEALED PINK PLASTIC BAG # SVE033179 SAID TO CONTAIN 3 ULTRIUM TAPES (SVE033171, SVE033172 AND SVE033173 - IMAGE OF 1B 100). |
| Keith Downey | 1B355 | (U) SV-11-0014-25: ONE(1) SEALED PINK PLASTIC BAG # SVE033583 SAID TO CONTAIN 5 ULTRIUM TAPES (SVE033574, SVE033576, SVE033578, SVE033580 AND SVE033582 - IMAGES OF 1B 25 AND 26). |
| Ethan Miles | 1B354 | (U) SV-11-0014-24: ONE(1) SEALED PINK PLASTIC BAG # SVE033602 SAID TO CONTAIN 1 ULTRIUM TAPE (SVE033585 - IMAGE OF 1B 42). |
| James Murphy | 1B353 | (U) SV-11-0014-22: ONE(1) SEALED PINK PLASTIC BAG # SVE033707 SAID TO CONTAIN 1 ULTRIUM TAPE (SVE0033705- IMAGE OF 1B 153 now become 1B348). |
| Drew Phillips | 1B352 | (U) SV-11-0014-20: ONE(1) SEALED PINK PLASTIC BAG # SVE033456 SAID TO CONTAIN 1 ULTRIUM TAPE (SVE033455 - IMAGE OF 1B 113). |
| Tracy Valenzuela | 1B351 | (U) SV-11-0014-2: ONE(1) SEALED PINK PLASTIC BAG # SVE032242 SAID TO CONTAIN 1 ULTRIUM TAPE (SVE032241 - IMAGE OF 1B 16). |
| Jeffrey Puglisi | 1B350 | (U) SV-11-0014-15: ONE(1) SEALED PINK PLASTIC BAG # SVE032925 SAID TO CONTAIN 1 ULTRIUM TAPE (SVE032924 - IMAGE OF 1B 78). |
| Christopher Vo | 1B349 | (U) SV-11-0014-5: ONE(1) SEALED PINK PLASTIC BAG # SVE033717 SAID TO CONTAIN 2 ULTRIUM TAPES (SVE033572 AND SVE033622 - IMAGE OF 1B 68). |
| Vincent Kershaw | 1B337 | (U) TWO(2) WESTERN DIGITAL HARD DRIVE S/N WCAZA8620821 AND S/N WCAZA8621615 (DERIVATIVE EVIDENCE OF SV-11-0203-7 ( 1B231-1B236 , 1B238 & 1B239 ) |
| Vincent Kershaw | 1B233 | (U//FOUO) ITEM #5: WESTERN DIGITAL HARD DRIVE, 250 GB, P/N WD2500BB-00GUA0 |
| Christopher Cooper | 1B175 | (U) SV-11-0014-18: ONE(1) SEAGATE HARD DRIVE, SN: 9VM1MWMP CONTAINING IMAGES OF 1B150 (B/C: E4343950), 1B167 (B/C: E4697021) |
| Mercedes Haefer | 1B174 | (U) SV-11-0014-9: ONE(1) SAMSUNG HARD DRIVE, SN: S2H7JD2B106462, CONTAINING IMAGES OF 1B94 (B/C: E4657721), 1B99 (B/ C: E4657726) |
| Daniel Sullivan | 1B166 | (U) DELA101: one(1) HARD DRIVE CONTAINING IMAGES OF QLA101_1 AND 101_3. (COMPUTER MEDIA FROM 1606 HILLRIDGE DRIVE, CAMARILLO, CALIFORNIA) |

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 5/7/15

item(s) listed below were:
☒ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) Snooki Puli
(Street Address) 280 South First Street
(City) San Jose, CA

Description of Item(s): One Western Digital Hard Drive, Serial Number: WMATV3163229, One HP Pavilion, Serial Number C02090901982

Received By: _____(Signature)_____   Received From: _____(Signature)_____